

# United States Bankruptcy Court
Southern District of Alabama
201 Saint Louis Street
Mobile, AL 36602

In Re:

Margaret Coleman

Debtor(s)

Case Number: 03-10789

I Margaret Coleman would like to recovery all of my unclaimed funds from my bankruptcy.

4338 AmHurst Dr.
Eight Mile AL 36613
251-452-4049 → Home
251-689-1256 → cell

10/14/09
Date

Margaret Coleman
Signature

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of Alabama } ss.
County of Mobile

On this the 14th day of October, 2009, before me, Stephanie B. Bedford, the undersigned Notary Public, personally appeared Margaret Coleman,

☐ personally known to me – OR –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

Stephanie B. Bedford
Signature of Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 25, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS
Other Required Information (Printed Name of Notary, Residence, etc.)

Place Notary Seal and/or Any Stamp Above

──────────── OPTIONAL ────────────

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Right Thumbprint of Signer**
Top of thumb here

**Description of Attached Document**

Title or Type of Document: United States Bankruptcy Court

Document Date: 10/14/09   Number of Pages: 1

Signer(s) Other Than Named Above: —

© 2002 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5936                    Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)

Case 03-10789    Doc 45    Filed 10/14/09    Entered 10/14/09 14:14:19    Desc Main
                            Document         Page 2 of 3

