UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

Margaret Coleman                    Case No. 03-10789-MAM-13

Debtor


ORDER


This matter is before the court on an application for payment of unclaimed funds.

It appears that  checks was issued payable to Margaret Coleman in the amount of $1,003.16

The checks was not cashed and a stop payment were issued on the checks.

The funds were subsequently turned over to the court as unclaimed funds.  An application has

been made for the funds to be issued and it appears that the applicant is entitled to

the funds.

IT IS ORDERED THAT the checks be issued in the amount of  $1,003.16  to

Margaret Coleman.


Dated: November 17, 2009


_____
MARGARET A. MAHONEY
U. S.  BANKRUPTCY JUDGE